IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| JOSE FIGUEROA, JOHNNY APONTE, DANIEL APONTE, JOSE TORRES, JOSE MALDONADO, and SALAS GONZALEZ,<br><br>Plaintiffs,<br><br>V.<br><br>ALLIGATOR RIVER FARMS, LLC,<br><br>Defendant. | CIVIL NO. 3:11-CV-01583 |

**DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN THE LITIGATION**

Pursuant to Fed. R. Civ. P.7.1 and Local Civil Rule 7.3, Alligator River Farms, LLC, who is Defendant in the above-styled action, makes the following disclosure:

1. Defendant is privately held Limited Liability Company.

2. Defendant has no parent company.

3. No publicly-held corporation owns more than 10% of Defendant.

4. No publicly-held corporation has any direct financial interest in the outcome of this litigation.

5. Defendant is not a trade association.

6. This case does not arise out of bankruptcy.

RESPECTFULLY SUBMITTED.

WE HEREBY CERTIFY that on this same date, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Julio M. Lopez Keelan, Esq.

Respectfully submitted this 14th day of October, 2011.

| | |
|---|---|
| Wimberly, Lawson, Steckel, Schneider & Stine, P.C. <br> Suite 400, Lenox Towers <br> 3400 Peachtree Road, N.E. <br> Atlanta, Georgia 30326 <br> Phone (404)365-0900 <br> jls@wimlaw.com <br> bdorminy@bellsouth.net <br><br><br> */s/ J. Larry Stine* <br> J. Larry Stine <br> *Pro Hac Vice* <br> GA Bar No. 682555 <br> *Counsel for Alligator River Farms LLC* | McConnell Valdés LLC <br> Counsel for Alligator River Farms LLC <br> PO Box 364225 <br> San Juan, PR  00936-4225 <br> 270 Muñoz Rivera Ave. - 9th Floor <br> San Juan, PR  00918 <br><br> */s/ Anita Montaner Sevillano* <br> Anita Montaner Sevillano <br> USDC-PR Bar No. 209606 <br> Telephone: 787-250-5652 <br> Fax: 787-759-2756 <br> ams@mcvpr.com <br><br> */s/Jan Carlos Bonilla Silva* <br> Jan Carlos Bonilla Silva <br> USDC-PR Bar No. 225201 <br> Telephone: 787-250-5607 <br> Fax: 787-759-2761 <br> jbs@mcvpr.com |